IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CARL J. BOWSER**                                                                           **PLAINTIFF**

v.                                                                    **CAUSE NO.:** 1:06cv462LG-RHW

**JIMMY D. BEARD AND**
**JONES MOTOR CO., INC.**                                                              **DEFENDANTS**

## ORDER ON JOINT MOTION FOR REMAND
## TO CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

THIS DAY this matter came on for decision on the Joint Motion to Remand this matter to the Circuit Court of Harrison County, Mississippi, and the Court being fully advised in the premises finds that said Motion is well taken and should be granted.  It is therefore,

ORDERED AND ADJUDGED that this cause be remanded to the Circuit Court of Harrison County, First Judicial District and the Clerk of this Court shall forward a certified copy of this Order along with the complete record of this action to Gayle Parker, Circuit Clerk of Harrison County, First Judicial District, 1801 23rd Avenue, Gulfport, Mississippi 39501.  Each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of August, 2006.

                                                             s/ *Louis Guirola, Jr.*
                                                             LOUIS GUIROLA, JR.
                                                             UNITED STATES DISTRICT JUDGE